IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. ________ |
| | ) | |
| BECKMAN COULTER, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

**CYTEK BIOSCIENCES, INC.'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, Cytek Biosciences, Inc. ("Cytek") has no parent corporation; BlackRock Inc. ("BlackRock"), collectively through different BlackRock affiliated entities, may own 10% or more of Cytek's stock; and, to Cytek's knowledge, no other publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Reuben H. Chen
Daniel J. Knauss
HanByul Chang
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Stephen Smith
Adam Pivovar
Matthew Ritter
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
(202) 842-7800

October 16, 2026