**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYTEK BIOSCIENCES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 26-1342-CFC |
| BECKMAN COULTER, INC., | ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject the approval of the Court, that the deadline for Defendant Beckman Coulter, Inc. to move, answer, or otherwise respond to the Complaint is hereby extended through and including December 10, 2026.

*/s/ Jeremy A. Tigan*
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

*/s/ Frederick L. Cottrell III*
Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Defendant*

IT IS SO ORDERED this ___ day of October, 2026.

________________________________________
CHIEF UNITED STATES DISTRICT JUDGE