**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYTEK BIOSCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-1342-CFC |
| | ) | |
| BECKMAN COULTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO STAY AND EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT**

The Court, having considered Defendant Beckman Coulter, Inc.'s Unopposed Motion to Stay and Extend Deadline to Respond to Amended Complaint (the "Motion") and good cause having been found therefor,

IT IS HEREBY ORDERED that the Motion is Granted. This action is stayed. The deadline for Defendant Beckman Coulter, Inc. to move, answer, or otherwise respond to the Amended Complaint is extended until 30 days after the stay is lifted.

______________________________
The Honorable Colm F. Connolly,
Chief United States District Judge